IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VALERIE R. PATTON,

     Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED.

CASE NO. 1D14-5007

Opinion filed May 15, 2015.

An appeal from an order of the Reemployment Assistance Appeals Commission.

Valerie R. Patton, pro se, Appellant.

Norman A. Blessing, General Counsel; Louis A. Gutierrez and Cristina A. Velez, Assistants General Counsel, Tallahassee, for Appellee.

PER CURIAM.

     Upon consideration of the appellee's concession of error, the order on appeal is VACATED and this matter is REMANDED to the Reemployment Assistance Appeals Commission for further proceedings.

WOLF, ROWE, and SWANSON, JJ., CONCUR.